# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | ) | |
|---|---|---|
| TROY McRAE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  17-CV-6775 |
| C.O. HORBET, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

[X] other:  the complaint is dismissed without prejudice. _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   Frank P. Geraci, Jr.   on a motion for   N/A _____ .

Date:  Jun 6, 2018

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*